# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NEW CASTLE COUNTY, DAVID CULVER, IN HIS OFFICIAL CAPACITY AS THE MANAGER OF THE NEW CASTLE COUNTY DEPARTMENT OF LAND USE, AND AARON GOLDSTEIN, IN HIS OFFICIAL CAPACITY AS THE NEW CASTLE COUNTY ATTORNEY | § § § § § § § § § § | C.A. No. 509, 2025 |
| | § | Court Below: Superior Court of the State of Delaware |
| Defendants Below, Appellants, | § § § | C.A. No. 24M-04-059 Court of Chancery of the State of Delaware |
| | § | C.A. No. 2024-0403 |
| v. | § § | (Consolidated) |
| DPML JAMISON CORNER, LLC, | § § § | |
| Plaintiff Below, Appellee. | § § | |

| | | |
|---|---|---|
| NEW CASTLE COUNTY, a political subdivision of the State of Delaware, NEW CASTLE COUNTY DEPARTMENT OF LAND USE, and NEW CASTLE COUNTY BOARD OF ADJUSTMENT, | § § § § § § § § | |
| | § | C.A. No. 508, 2025 |
| | § | |
| Respondents Below, Appellants, | § § § | Court Below: Superior Court of the State of Delaware |
| | § | C.A. No. N25A-02-004 |
| v. | § § | (Consolidated) |
| DPML JAMISON CORNER, LLC, | § § § | |
| Petitioner Below, Appellee. | § § § § | |

| | |
|---|---|
| and | § |
| | § |
| NEW CASTLE COUNTY BOARD OF ADJUSTMENT, | § |
| | § |
| | § |
| | § |
| Nominal Party | § |
| On Appeal/Nominal Appellee. | § |

Submitted: May 13, 2026
Decided: May 26, 2026

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

This 26th day of May, 2026, after consideration of the parties' briefs, the argument of counsel, and the record on appeal, it appears to the Court that the partial final judgment of the Court of Chancery[1] and the order of the Superior Court resolving the Appellants' petition for *writ of certiorari*[2] should be affirmed on the basis of and for the reasons stated in the Court of Chancery's November 3, 2025 Memorandum Opinion.[3]

---

[1] Order Granting Plaintiff's Motion for Partial Summary Judgment in Part and Entry of a Partial Final Judgment Pursuant to Rule 54(b), *DPML Jamison Corner, LLC v. New Castle Cnty.*, No. 2024-0403 (Del. Ch. Dec. 8, 2025), D.I. 78.

[2] Order Resolving Petition for Writ of Certiorari, *DPML Jamison Corner, LLC v. New Castle Cnty.*, No. N25A-02-004 (Del. Super. Ct. Dec. 8, 2025), D.I. 40.

[3] *DPML Jamison Corner, LLC v. New Castle Cnty.*, 2025 WL 3079879 (Del. Ch. Nov. 3, 2025).

2

NOW, THEREFORE, IT IS ORDERED that the judgments of the Court of Chancery and the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice